UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TROY HICKS (3),<br><br>　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Criminal No. 02-CR-625-L-3<br><br>**ORDER DENYING PETITIONER'S<br>MOTION FOR RECONSIDERATION** |

On July 1, 2008, Petitioner, Steven Troy Hicks ("Petitioner") proceeding *pro se*, filed a Motion for Modification of Term of Imprisonment pursuant to 18 U.S.C. § 3582(c)(2). Petitioner's motion was based upon Amendment 706 to the Federal Sentencing Guidelines, pertaining to crack cocaine offenses, which became effective in March 2008. The Government filed a response, and Petitioner filed a reply. On June 4, 2009, the Court denied Petitioner's motion. On March 13, 2012, Petitioner moved for reconsideration.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | The Court notes Petitioner's motion for reconsideration, which was filed nearly 3 years after the
2 | Order was issued, is untimely.  However, even after having considered Petitioner's motion, and the
3 | record in this case, the Court is not persuaded that its Order denying Petitioner's Motion for
4 | Modification of Term of Imprisonment was erroneous or manifestly unjust.  Accordingly,
5 | Petitioner's Motion for Reconsideration is **DENIED**.

DATED: March 20, 2012

M. James Lorenz
United States District Court Judge